**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Douglas R. Fahey
33716 Dalebrook Drive
Dumfries, VA 22015

Civil Action, File Number __06-1933 RMU__

__Yolanda C. Gibson-Michael__
V.
__Douglas R. Fahey, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

_____ days, you (or the party on whose behalf you [are being served]) must answer the complaint in any other manner permitted by law.

behalf you are being served) must answer the [complaint] by default will be taken against you for the

[receipt] of Summons and Complaint By Mail was

(USMS Official)

COMPLAINT

complaint in the above captioned manner at

[numb]er and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

---

*Overlaid USPS PS Form 3811 Domestic Return Receipt:*

06-1933   12-8-06

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Douglas R. Fahey
33716 Dalebrook Dr.
Dumfreis, VA

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Mary Lou Fahey  ☐ Agent ☐ Addressee
B. Received by (Printed Name): Mary Lou Fahey   C. Date of Delivery: 12/12/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

[Postmark: DUMFRIES VA DEC 12 2006 USPS]

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☒ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 8632

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540