UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,   *
    Plaintiff,   *
       *
v.   *   CASE NO. 1:06CV01933 (RMU)
       *
DOUGLAS FAHEY ET AL.   *
    Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PRAECIPE

THE CLERK OF THE COURT will kindly enter the appearance of KAUFMAN LAW, A Professional Corporation, and David Zachary Kaufman, Esq. as counsel for Defendant Douglas Fahey.

    Respectfully submitted,

    KAUFMAN LAW, A Professional Corporation
    11350 Random Hills Rd. Suite 800
    Fairfax, VA 22030
    703.764.9080
    703.764-0014 (fax)
    david@dzklaw.com
    Counsel for Defendant Doug Fahey

By: _____
    David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

    I hereby certified that I caused a true and correct copy of the following to be served by first class mail, postage prepaid, on each of the following on December 10, 2006:

Yolanda Gibson-Michaels,       *Pro Se* Plaintiff

| | |
|---|---|
| 2210 Anvil Lane<br>Temple Hills, MD 20748 | Jenekia J. Johnson<br>1414 Colony Road<br>Oxon Hill, MD 20748<br>*pro se* Defendant |

_____
David Zachary Kaufman