**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YOLANDA C. GIBSON-MICHAELS,     :
           :
      Plaintiff,      :
           :
      v.      :      Civil Action No. 06-1933 (RMU)
           :
DOUGLAS R. FAHEY, *et al.*,     :
           :
      Defendants.      :

## ORDER

Defendant Douglas R. Fahey has filed a motion to dismiss. The plaintiff is proceeding

*pro se*. The court will rule on defendant Fahey's motion taking into consideration the facts

proffered by the plaintiff in his complaint, along with his response or opposition to the motion,

and the entire record of the case. If the plaintiff fails to respond to this motion, the court may

assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v.*

*Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is this 5th day of January, 2007

hereby

ORDERED that the plaintiff shall respond to the defendant's motion [4] within 30 days

of this order.

                    RICARDO M. URBINA
                    United States District Judge