THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS ) <br> Plaintiff, ) <br>  ) <br> v.   ) <br>  ) <br> Douglas R. Fahey et.al. ) <br> Defendants ) | Civil Action No. 1:06CV01933 |

### PLAINTIFFS' REQUEST APPOINTMENT OF COUNSEL

Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-entitled action, and files for **Honorable Judge Ricardo M. Urbina** to Appoint Counsel on behalf of Plaintiff from the **Civil Pro Bono Panel**.

In support thereof, Plaintiff states the following: Plaintiff is a pro se litigant. The Court granted leave for Plaintiff to proceed *in forma pauperis in accordance to* Local Civil Rule 83.11 governs the establishment of the Panel and the appointment process.

Plaintiff has claims before this Honorable Court against multiple Defendants in violation of age, race, sex, parental rights, Title VII, defamation of character, negligent hiring, interception of oral communications in violation of Plaintiff privacy rights, and other claims against the FDIC and named Defendants.

**Wherefore**, Plaintiff reserves her right to substitute Counsel; if deemed necessary.

Yolanda C. Gibson-Michaels
2210 Anvil Lane
Temple Hills, Maryland 20748
(301) 630-5062

**RECEIVED**

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I Herby Certify that on this 26th day of March 2007, a copy of the foregoing **PLAINTIFFS' REQUEST FOR APPOINTMENT OF COUNSEL** was mailed to named defendants:

**Copies to:**

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, N.W. – Suite 600
Washington, DC 20006

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia 22030
Securiguard, Inc.
  and USEC Corporation

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia 20190

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C. 20530

2