UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:06CV01933 (RMU) |
| | * | |
| DOUGLAS FAHEY ET AL. | * | |
|     Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

DEFENDANT DOUGLAS FAHEY'S RESPONSE TO PLAINTIFF'S
"MOTION TO STRIKE MEET AND CONFER SCHEDULE
MOVE TO REQUEST AND SETTLEMENT CONFERENCE"

Defendant Douglas Fahey, by counsel, responds to the Plaintiff's "Motion To Strike Meet And Confer Schedule Move To Request And Settlement Conference" (sic) ("the Plaintiff's Motion"). The Plaintiff has also filed the same motion in the related case of *Gibson-Michaels v. Bair, et al.*, Case No. 1:06CV01940 (RMU).

Mr. Fahey see no benefit for a settlement conference at this stage of any of the related cases, and therefore opposes the Plaintiff's request such a conference. To the extent the Plaintiff's Motion is to be understood as her request to extend deadlines for any further meet-and-confer obligations in the related cases until all pending dispositive motions have been decided, Mr. Fahey joins in that specific request only.

The remainder of the Plaintiff's Motion – indeed, almost all of it – pertains to parties other than Mr. Fahey, for which no further response is necessary.

Respectfully submitted,

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant Doug Fahey

By: _____
David Zachary Kaufman, Bar# 435123

### CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of the following to be served by first class mail, postage prepaid, on each of the following on April 9, 2007

| | |
|---|---|
| Yolanda Gibson-Michaels, *Pro Se* Plaintiff 2210 Anvil Lane Temple Hills, MD 20748 | Jenekia J. Johnson 1414 Colony Road Oxon Hill, MD 20748 *pro se* Defendant |

_____
David Zachary Kaufman