UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:06CV01933 (RMU) |
| | * | |
| DOUGLAS FAHEY ET AL. | * | |
|     Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

DEFENDANT DOUGLAS FAHEY'S
OPPOSITION TO PLAINTIFF'S MOTION TO PERMANENTLY
SUPPRESS EVIDENCE AND MOTION FOR INJUNCTIVE RELIEF

Defendant Douglas Fahey, by counsel, opposes the Plaintiff's "Motion To Permanently Suppress Evidence And Motion For Injunctive Relief" ("the Plaintiff's Motion"). The Plaintiff has also filed the same motion in the related case of Gibson-Michaels v. Bair, et al., Case No. 1:06CV01940 (RMU), which Mr. Fahey also opposes and generally joins in the reasoning of the FDIC-related defendants in their opposition to the Plaintiff's Motion filed in the related case on April 6, 2007.

The Plaintiff's Motion appears, in essence, to be a motion in limine asking the Court to rule that the contents of a tape-recorded oral conversation between the Plaintiff and an FDIC student intern, Jenikia Johnson, are inadmissable. The tape recording was made by Ms. Johnson as part of a formal investigation into an allegation that the Plaintiff had made threatening statements to Ms. Johnson at work. Neither the tape recording, nor a transcript of its contents, have been submitted to the Court.

The principal basis on which the Plaintiff seeks to exclude the tape recording is her contention that it was unlawfully made and obtained. This is demonstrably incorrect. As explained in greater detail in both Mr. Fahey's pending motion to dismiss, and the Motions to Dismiss of Securiguard, Inc. ("Securiguard") and "USEC Corporation"[1] ("USEC") (collectively "the Security Guard Defendants"), in the various companion cases *Gibson-Michaels v. Bair*, Case No. 1:06CV01940 (RMU) and *Gibson-Michaels v. Securiguard, Inc.,* Case No. 1:06CV01938 (RMU), one of the participants to the conversation – Ms. Johnson – tape recorded it. Therefore, the tape recording does not violate either federal or District of Columbia law. *See* 18 U.S.C. § 2511(c) and (d) (generally permitting a person, whether or not "acting under color of law," to intercept an oral communication where such person is a party to the communication); D.C. Code § 23-542(b)(2) and (3) (same). Thus, the tape recording and its contents cannot be held to be inadmissible on this basis.

Any other argument that the Plaintiff might make for exclusion of the tape recording is, at best, premature. This case is still at the pleadings stage and dispositive motions are pending. The nature of the Plaintiff's claims remain hazy, hampering Mr. Fahey in his ability to defend any of the Plaintiff's claims – if there are any – that might survive dispositive motions. There has not even been any discovery yet; indeed, the Plaintiff has refused to join with the Defendants in filing a joint report following the meet-and-confer session held pursuant to Local Civil Rule. 16.3. The tape recording (which undersigned counsel has never even heard yet) may, or may not, be offered as evidence, but the Security Defendants cannot even make such a determination

---

[1] USEC's proper name is USEC Service Corporation.

on that issue at the present stage of these proceedings.

Because the Plaintiff's Motion is based on a demonstrably wrong proposition of law and is also premature, Mr. Fahey requests that it be denied.

Respectfully submitted,

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant Doug Fahey


By:
David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of the following to be served by first class mail, postage prepaid, on each of the following on April 9, 2007:

| | |
|---|---|
| Yolanda Gibson-Michaels, | Jenekia J. Johnson |
| Pro Se Plaintiff | 1414 Colony Road |
| 2210 Anvil Lane | Oxon Hill, MD 20748 |
| Temple Hills, MD 20748 | pro se Defendant |

David Zachary Kaufman