UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:06CV01933 (RMU) |
| | * | |
| DOUGLAS FAHEY ET AL. | * | |
|     Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

DEFENDANT DOUGLAS FAHEY'S RESPONSE TO PLAINTIFF'S
"REUEST [FOR] APPOINTMENT OF COUNSEL"

Defendant Douglas Fahey, by counsel, responds to the Plaintiff's "Request [For] Appointment of Counsel" ("the Plaintiff's Motion"). The Plaintiff has also filed the same motion in the related case of Gibson-Michaels v. Bair, et al., Case No. 1:06CV01940(RMU). While Mr. Fahey believe there is no merit to the Plaintiff's claims, he does not oppose the Court's appointment of counsel if the Plaintiff makes any requisite showing required for such an appointment.

    Respectfully submitted,

    KAUFMAN LAW, A Professional Corporation
    11350 Random Hills Rd. Suite 800
    Fairfax, VA 22030
    703.764.9080
    703.764-0014 (fax)
    david@dzklaw.com
    Counsel for Defendant Doug Fahey

By:
David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of the following to be served by first class mail, postage prepaid, on each of the following on April 9, 2007:

| | |
|---|---|
| Yolanda Gibson-Michaels, | Jenekia J. Johnson |
| Pro Se Plaintiff | 1414 Colony Road |
| 2210 Anvil Lane | Oxon Hill, MD 20748 |
| Temple Hills, MD 20748 | pro se Defendant |

David Zachary Kaufman