UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1933 (RMU) |
| | : | | |
| v. | : | Documents No.: | 4, 10, 13, 14, 16 |
| | : | | |
| DOUGLAS R. FAHEY *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 3rd day of May, 2007,

**ORDERED** that the defendant Douglas R. Fahey's motion to dismiss [4] is **GRANTED**; and it is

**FURTHER ORDERED** that the claims against defendant Jenekia J. Johnson are **DISMISSED**; and it is

**ORDERED** that the plaintiff's motion to stay [10], motion to appoint counsel [13], and motion to strike [14] are **DENIED** as moot; and it is

**FURTHER ORDERED** that defendant Douglas R. Fahey's motion for extension of time [16] is **DENIED** as moot; and it is

**FURTHER ORDERED** that the case is **DISMISSED**.

**SO ORDERED**.

/s/
RICARDO M. URBINA
United States District Judge