UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 1:06CV01933 (RMU) |
| | : | |
| Douglas Fahey et al. | : | |
| | : | |
| Defendants. | : | |

### DEFENDANT FAHEY'S OPPOSITION TO
### PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL

Defendant Douglas Fahey, by counsel, hereby opposes the Plaintiff's *Pro Se* "Motion To Vacate Judge Ricardo M. Urbina's Order Dated May 3, 2007. The Plaintiff provides no reason why the Court should vacate its order granting the Fahey's motion to dismiss and dismissing this case.

The thrust of the Plaintiff's motion appears to focus on her contention that the Court somehow has violated Federal Rule of Civil Procedure 5.1 by granting Fahey's Motion to Dismiss, and that she somehow has been aggrieved by this alleged violation. The Plaintiff's argument reveals a fundamental misunderstanding of the Rule. While the Plaintiff alleged in her lawsuit that Fahey had violated the United States Constitution and all sorts of federal statutes – claims which this Court has correctly found to be meritless based on the Plaintiff's own allegations – the Plaintiff nowhere challenges the constitutionality of any statute in her lawsuit.

Further revealing the plain inapplicability of Rule 5.1, the Plaintiff herself has not complied with the requirements of subsection (a), which requires a plaintiff challenging the

-2-

constitutionality of a federal statute to "promptly" file a "notice of constitutional question" and serve that notice on the Attorney General of the United States.  Moreover, the Plaintiff cites no authority suggesting that Rule 5.1 confers a right on the private parties in the lawsuit; instead, its plain purpose is to inform the Attorney General so that he may intervene to defend the constitutionality of the challenged statute.

The remainder of the Plaintiff's motion appears to rehash arguments that she has already made and that this Court has already correctly rejected by granting Fahey's Motion to Dismiss.  The Plaintiff offers nothing new or persuasive to suggest that the Court made any error in its original ruling.  The Plaintiff's motion should be denied.

          Respectfully submitted,

          KAUFMAN LAW,  A Professional Corporation
          11350 Random Hills Rd.  Suite 800
          Fairfax, VA 22030
          703.764.9080
          703.764-0014 (fax)
          David@businessbrawls.com
          Counsel for Defendant Doug Fahey


By:
          David Zachary Kaufman, Bar# 435123

-3-

CERTIFICATE OF SERVICE

 I hereby certified that I caused a true and correct copy of the above document was served on all counsel via ECF and served on the following persons by first class mail, postage prepaid, on June 1, 2007.

 Yolanda Gibson-Michaels,
 Pro Se Plaintiff
 2210 Anvil Lane
 Temple Hills, MD 20748


       David Zachary Kaufman