IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
    Plaintiff,                )
                                )
            v.                ) Civil Action No.1:06CV-1933
Douglas R. Fancy, et.al.   )
                                )
    Defendants             )

### MOTION TO STAY PROCEEDINGS
### TO OBTAIN COUNSEL

    Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-titled complaint and files a Motion for Stay these proceedings for 35-days(**calendar**) in order to retain counsel. Plaintiff has conferred with opposing counsel. Plaintiff represents that counsel for Defendant objected to this Motion being granted. Plaintiff filed a motion to vacate Judges Order on May 18, 2007. Therefore, Counsel's objection is moot.

    **Wherefore**, Plaintiff requests that this court sign the attached Proposed Order for a 35 day stay of these proceedings.

    Respectfully submitted,

    _____
    Yolanda C. Gibson-Michaels (prose)

1

## CERTIFICATE OF SERVICE

I hereby certify that on this **8thday of June 2007**, a copy of the foregoing Plaintiffs' Motion to Stay Proceedings for 35-days (calendar) to obtain counsel was filed and mailed to named defendant:

**Copy to:**

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia  22030

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
      **Plaintiff,** )
       )
    v. ) Civil Action Nos.1:06-CV-1933
       )
**Douglas R. Fahey et.al.** )
      **Defendants** )

## Order

This cause was brought before the Court on Plaintiff's Motion to Stay Proceedings for 35-day calendar days.

It is hereby ORDERED AND ADJUDGED, that Plaintiff's Motion is hereby GRANTED Ordered this_____day of June, 2007, in chambers.

    Signed:

    _____
    Judge

**Copy to:**

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia 22030