UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,   *
    Plaintiff,   *
       *
v.   *   CASE NO. 1:06CV01933 (RMU)
       *
DOUGLAS FAHEY ET AL.   *
    Defendants.   *

*   *   *   *   *   *   *   *   *   *   *   *

DEEFENDANT FAHEY'S RESPONSE TO
PLAINTIFF'S JUNE 8, 2007, MOTION TO STAY
PROCEEDING TO OBTAIN COUNSEL

    COMES NOW THE DEFENDANT, Douglas Fahey, and responds to Plaintiff's Motion to Stay Proceedings by pointing out to the Court that on May 3, 2007, the Court dismissed the above-captioned case. Exhibit 1. Therefore Defendant Fahey cannot either consent or oppose Plaintiff's Motion.

Respectfully submitted,

KAUFMAN LAW, A Professional Corporation
11350 Random Hills Rd. Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant Doug Fahey

By: _____
David Zachary Kaufman, Bar# 435123

Page 1 of 2

CERTIFICATE OF SERVICE

     I hereby certified that on June 15, 2007, I caused a true and correct copy of the following to be served by first class mail, postage prepaid, on

Yolanda Gibson-Michaels,
*Pro Se* Plaintiff
2210 Anvil Lane
Temple Hills, MD 20748

                                                  _____
                                                    David Zachary Kaufman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1933 (RMU) |
| | : | | |
| v. | : | Documents No.: | 4, 10, 13, 14, 16 |
| | : | | |
| DOUGLAS R. FAHEY *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 3rd day of May, 2007,

**ORDERED** that the defendant Douglas R. Fahey's motion to dismiss [4] is **GRANTED**; and it is

**FURTHER ORDERED** that the claims against defendant Jenekia J. Johnson are **DISMISSED**; and it is

**ORDERED** that the plaintiff's motion to stay [10], motion to appoint counsel [13], and motion to strike [14] are **DENIED** as moot; and it is

**FURTHER ORDERED** that defendant Douglas R. Fahey's motion for extension of time [16] is **DENIED** as moot; and it is

**FURTHER ORDERED** that the case is **DISMISSED**.

**SO ORDERED**.

/s/
RICARDO M. URBINA
United States District Judge

EXHIBIT 1