# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Yolanda C Gibson Michaels
_____
Plaintiff

vs.

Civil Action No. 06-1933 RMU

Douglas R. Fahey, et al
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 17th day of August , 20 07 , that

Yolanda C Gibson michaels ( Plaintiff )

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 2nd day of August , 20 07

in favor of Douglas R. Fahey, et. al.

against said Motion to vacate order of Dismissal and
motion to stay Proceedings

_____ 8/17/07
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses
indicated: DAVID ZACHARY
11350 Randall Hill Road
Suite 650
Fairfax, Virginia 22030
703-764-9080

**RECEIVED**

AUG 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT