# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5286**  **September Term 2007**

06cv01933

**Filed On:** May 7, 2008

Yolanda C. Gibson-Michaels,

    Appellant

v.

Douglas R. Fahey,

    Appellee



**BEFORE:**  Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

### ORDER

    Upon consideration of appellee's motion to dismiss for lack of jurisdiction or, in the alternative, for summary affirmance, and the opposition thereto; the motion for summary reversal, and the opposition thereto; the motion to remand case to the district court for summary reversal, and the opposition thereto; the motion to strike appellant's docketing statement, and the opposition thereto; the motion to strike letter from appellant to Judge Brown, and the opposition thereto; and the motions for leave to file and the oppositions thereto, it is

    **ORDERED** that the motion to dismiss for lack of jurisdiction be granted. By order entered May 3, 2007, the district court granted appellee's motion to dismiss. On May 18, 2007, appellant filed a motion to vacate the May 3rd order or to stay the litigation. By order entered August 2, 2007, the district court denied the motion to vacate or stay. On August 17, 2007, appellant noted an appeal from the August 2nd order only. Because the May 3rd order was interlocutory (and the underlying case against the federal parties, 06cv1933, remains pending in district court), so too was the August 2nd order denying a request to vacate the interlocutory order. See Wagoner v. Wagoner, 938 F.2d 1120, 1122 n.1 (10th Cir. 1991) (a motion for reconsideration filed prior to final judgment "was nothing more than an interlocutory motion invoking the district court's general discretionary authority to review and revise interlocutory rulings prior to entry of final judgment."); cf. Jackson v. Beech, 636 F.2d 831, 835-36 (D.C. Cir. 1980) (Fed. R. Civ. P. 60(b) applies, by its terms, to final orders and judgments only).

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5286                              September Term 2007
                                                    06cv01933

Consequently, because the August 2nd order is both interlocutory and non-appealable, this court lacks jurisdiction over the case. It is

**FURTHER ORDERED** that the remaining motions be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**